

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00063-CV

Ivan **DE HOYOS**,
Appellant

v.

**RTS FINANCIAL**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2021CVI000309D2
Honorable David E. Garcia, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED for failure to pay the filing fee. Costs of this appeal are taxed against appellant.

SIGNED April 13, 2022.

_____
Luz Elena D. Chapa, Justice